UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No. 3:06-CR-104 |
| V. | ) | (JORDAN/SHIRLEY) |
| | ) | |
| | ) | |
| | ) | |
| FRANCISCO SEBASTIAN ANDRES | ) | |

ORDER

There is reason to believe that the defendant, **Francisco Sebastian Andres,** is a citizen of Guatemala. The defendant was advised that, under the international treaty obligations of the United States, the United States is required to notify the appropriate consular officials of the defendant's arrest and detention upon request of the defendant. The United States Attorney is directed to notify the appropriate consular officials of the defendant's arrest and detention, if the defendant so requests.

**IT IS SO ORDERED.**

                                              s/ C. Clifford Shirley, Jr.
                                           United States Magistrate Judge